JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRYAN McKENZIE, SR.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROSEMARY NDOH, Warden,<br><br>　　　　Respondent. | Case No. 8:18-cv-02303-HDV (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: ___May 9, 2024_____

　　　　　　　　　　　　　　　　　　HONORABLE HERNAN D. VERA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE